IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRIAN KEITH MCGILL, ID # 1307919, )<br>    Petitioner, )<br>vs. )<br>)<br>NATHANIEL QUARTERMAN, Director, )<br>Texas Department of Criminal )<br>Justice, Institutional Division, )<br>    Respondent. ) | No. 3:08-CV-1581-D |

ORDER ADOPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

By separate judgment, the court dismisses this action and sanctions petitioner as recommended by the United States Magistrate Judge.

**SO ORDERED**.

December 4, 2008.

                                                SIDNEY A. FITZWATER
                                                CHIEF JUDGE